# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**JON RYAN SCHAFFER**<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JON RYAN SCHAFFER ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752 (a)(2)- Disrupting the Orderly Conduct of Government Business
18 U.S.C. 1752(a)(4)- Knowingly Engages in an Act of Physical Violence in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(F)- Engage in an Act of Physical Violence in a Capitol Building
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:   01/16/2021                                                                2021.01.16 14:17:30 -05'00'
                                                                                          *Issuing officer's signature*

City and state:   Washington, DC                                      Zia M. Faruqui U.S. Magistrate Judge
                                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)*  01/16/2021 , and the person was arrested on *(date)*  01/17/2021
at *(city and state)*  Noblesville, INDIANA          .

Date:  01/19/2021
                                                                                          *Arresting officer's signature*

                                                                            JONATHAN H. KATH   SPECIAL AGENT
                                                                                          *Printed name and title*