**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 S. Price Road
Chandler, Arizona 85248
Phone (480) 755-7110
Fax (480) 857-0150
**Andrew C. Marcantel – SBN 031809**
Andy@AttorneysForFreedom.com
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | Case No. 1:21-mj-00094-ZMF-1 |
| Plaintiff, | |
| vs. | APPEARANCE OF COUNSEL |
| Jon Ryan Schaffer, | |
| Defendant. | |

To:   The clerk of court and all parties of record

The Attorneys for Freedom Law Firm, by Andrew C. Marcantel, are admitted or otherwise authorized to practice in this Court and appear in this case as counsel for Jon Ryan Schaffer.

Date: April 15, 2021

*/s/ Andrew C. Marcantel, Esq.*
**Signature**

Andrew C. Marcantel, Esq.     031809
**Print Name**     **AZ Bar Number**

3185 South Price Road
**Address**

Chandler, Arizona     85248
**City/State**     **Zip Code**

(480) 755-7110   Andy@AttorneysForFreedom.com
**Phone**     **Email Address**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2021, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Ahmed Baset, Esq.
Assistant U.S. Attorney

Honorable Zia M. Faruqui
U.S. District Court Judge


Date: April 15, 2021                    */s/ Madalyn Schlegel*
                                              **Signature**