# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-mj-00094** |
| | : | |
| **JON SCHAFFER,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1512(c)(2)** |
| | : | **(Obstruction of an Official Proceeding)** |
| **Defendant.** | : | |
| | : | **18 U.S.C. § 1752(a)(1), (b)(1)(A)** |
| | : | **(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)** |
| | : | |

# I N F O R M A T I O N

The United States charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, JON SCHAFFER attempted to, and did, corruptly obstruct, influence, and impede an official proceeding; that is, SCHAFFER forcibly entered the Capitol to, and did, stop, delay, and hinder Congress's certification of the Electoral College vote.

(**Obstruction of an Official Proceeding**, in violation of Title 18, United States Code, Section 1512(c)(2))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, JON SCHAFFER did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so, and, during and in

relation to the offense, did carry a deadly and dangerous weapon, that is, a cannister of bear repellent capsaicin pepper spray, commonly referred to as "bear spray."

(**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(1) and (b)(1)(A))

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. BAR NO. 415793

By: _____
Ahmed M. Baset
IL Bar No. 6304552
Assistant United States Attorney
(202) 252-7097
ahmed.baset@usdoj.gov

Louis Manzo
MA Bar No. 688337
Special Assistant United States Attorney
(202) 616-2706
louis.manzo@usdoj.gov

Judiciary Center Building
555 Fourth Street, NW
Washington, D.C.  20530