Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 21-306 (APM)
)
)
JON RYAN SCHAFFER )
)
)

## WAIVER OF INDICTMENT

I, __JON RYAN SCHAFFER__, the above-named defendant, who is accused of

Counts stated on the record.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April 16, 2021__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant
MARC J. VICTOR

Before: _____     Date: __4/16/2021__
Amit P. Mehta
United States District Judge