CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-306 (APM) |
| ) | |
| JON RYAN SCHAFFER ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____  MARC J. VICTOR
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____        Date: 4/16/2021

Amit P. Mehta

United States District Judge