UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-00306 |
| : | |
| JON SCHAFFER, : | |
| : | |
| Defendant. : | |
| _____ : | |

**ORDER**

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery to the defendants in the cases *United States v. Stewart Rhodes*, *et. al.* (22-cr-00015-APM), *United States v. Donovan Crowl*, (21-cr-28-APM), and *United States v. Jonathan Walden* (21-cr-XXX-APM), materials related to the above referenced-case protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery to the defendants in *United States v. Stewart Rhodes*, *et. al.* (22-cr-00015-APM), *United States v. Donovan Crowl*, (21-cr-28-APM), and *United States v. Jonathan Walden* (21-cr-XXX-APM), pursuant to the protective order that has so far been entered in governing discovery in 21-cr-28, sealed materials related to the above referenced-case, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date:                                                  _____
                                                         HONORABLE AMIT P. MEHTA
                                                         United States District Judge