IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   1:21-cr-306 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| JON SCHAFFER | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The government reports that Defendant Jon Schaffer continues to cooperate with the government. We request the opportunity to file a further status report by May 20, 2022. We have consulted with counsel for the defendant, who concurs in this request.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By: _____
          Ahmed M. Baset
          Assistant United States Attorney
          IL Bar No. 630-4552
          Troy A. Edwards, Jr.
          Louis Manzo
          Jeffrey S. Nestler
          Kathryn Rakoczy
          Assistant United States Attorneys
          U.S. Attorney's Office for the District of Columbia
          555 4th Street, N.W.
          Washington, D.C. 20530

          */s/ Alexandra Hughes*
          Alexandra Hughes
          Justin Sher
          Trial Attorneys
          National Security Division
          United States Department of Justice
          950 Pennsylvania Avenue NW
          Washington, D.C. 20004

*/s/ Andrew C. Marcantel, Esq.*
Andrew C. Marcantel, Esq.
Attorney for Defendant