**Law Offices of Daniel M. Gray, LLC**
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
**Daniel M. Gray - D.C. Bar TX 0018**
graydm2@verizon.net

**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
Phone (480) 755-7110
Fax (480) 857-0150
**Marc J. Victor – AZ Bar 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel - AZ Bar 031809**
Andy@AttorneysForFreedom.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,            ) | Criminal No. 21-CR-306 (APM) |
|                                      ) | |
|       Plaintiff,        ) | |
|                                      ) | |
| vs.                                  ) | |
|                                      ) | |
| Jon Ryan Schaffer,                   ) | |
|                                      ) | |
|       Defendant.       ) | |

## JOINT STATUS REPORT

Defendant, Jon Schaffer, by and through undersigned counsel, and with the consent of The United State of America, though its counsel, hereby submits this interim status report pursuant to the Court's Order. The parties state as follows:

On April 16, 2021, the Defendant plead guilty to an Information charging him with one count of Obstruction of an Official Proceeding in violation of Title 18, United States Code, Section 1512(c)(2), and one count of Entering and Remaining in a

Restricted Building or Grounds with a Deadly or Dangerous Weapon in violation of Title 18, United States Code, Section 1752(a)(1), (b)(1)(A).

      The Defendant remains on release under the supervision of the District of Columbia Pre-Trial Services Department. He has remained compliant with pre-trial release conditions. He has remained cooperative with law enforcement since his release. We request the opportunity to file a further joint status update on or about October 28, 2022.

      RESPECTFULLY SUBMITTED May 18, 2022.

      ATTORNEYS FOR FREEDOM LAW FIRM

By:   */s/ Andrew C. Marcantel, Esq.*
      Andrew C. Marcantel, Esq.
      Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on May 18, 2022, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Ahmed M. Baset, Esq.
Assistant U.S. Attorney


By: _/s/ Hailey Dovel_