**Law Offices of Daniel M. Gray, LLC**
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
**Daniel M. Gray - D.C. Bar TX 0018**
graydm2@verizon.net

**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
(480) 755-7110
Fax (480) 857-0150
**Marc J. Victor – AZ Bar 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel - AZ Bar 031809**
Andy@AttorneysForFreedom.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
|            Plaintiff, | ) Criminal No. 21-CR-306 (APM) |
| vs. | ) |
| Jon Ryan Schaffer, | ) |
|            Defendant. | ) |

## **STATUS REPORT**

Defendant, Jon Schaffer, by and through undersigned counsel, hereby submits this interim status report pursuant to the Court's Order.

Undersigned counsel has reached out to counsel for the government, Ahmed Baset, Esq., multiple times in regard to the Joint Statius Report as requested by this Court. Unfortunately, as of the filing of this report, undersigned counsel has not been able to reach Mr. Baset. Therefore, undersigned counsel was unable to confer with counsel for the Government in order to file a Joint Status report.

On April 16, 2021, the Defendant pled guilty to an Information charging him with one count of Obstruction of an Official Proceeding in violation of Title 18, United States Code, Section 1512(c)(2), and one count of Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon in violation of Title 18, United States Code, Section 1752(a)(1), (b)(1)(A).

The Defendant Remains on release under the supervision of the District of Columbia Pre-Trial Services Department.  He has remained compliant with pre-trial release conditions.  The Defendant's cooperation plea agreement was the first plea of the several hundred Capitol Riot cases and has involved cooperation in the largest conspiracy arising out of the incident that has been indicted to date.  *See United States v. Thomas Caldwell, et. Al.* 21-CR-28 (APM).  He has remained cooperative with law enforcement since his release.  Multiple defendants charged in the case in which the Defendant is cooperating have been presented before the Court; several are in the process of exploring case resolutions and a trial date has yet to be set.

Accordingly, undersigned counsel requests to file a joint status update on or about January 26th, 2022.

RESPECTFULLY SUBMITTED October 28, 2022.

ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Marc J. Victor, Esq.*
Marc J. Victor, Esq.
Attorney for Defendant

Copies to:
Ahmed Baset, Esq.
Assistant United States Attorney
555 Fourth Street NW
Washington, D.C., 20530
Ahmed.Baset@usdoj.gov


By: _/s/ Hailey Dovel_