**Law Offices of Daniel M. Gray, LLC**
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
**Daniel M. Gray - D.C. Bar TX 0018**
graydm2@verizon.net

**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
Phone (480) 755-7110
Fax (480) 857-0150
**Marc J. Victor – AZ Bar 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel - AZ Bar 031809**
Andy@AttorneysForFreedom.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, ) | Criminal No. 21-CR-306 (APM) |
| Plaintiff, ) | |
| vs. ) | |
| Jon Ryan Schaffer, ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Defendant, Jon Schaffer, by and through undersigned counsel, hereby submits this interim status report pursuant to the Court's Order. The parties state as follows;

On April 16, 2021, the Defendant pled guilty to an Information charging him with one count of Obstruction of an Official Proceeding in violation of Title 18, United States Code, Section 1512(c)(2), and one count of Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon in violation of Title 18, United States Code, Section 1752(a)(1), (b)(1)(A).

The Defendant Remains on release under the supervision of the District of Columbia Pre-Trial Services Department.  He has remained compliant with pre-trial release conditions.  The Defendant's cooperation plea agreement was the first plea of the several hundred Capitol Riot cases and has involved cooperation in the largest conspiracy arising out of the incident that has been indicted to date.  *See United States v. Thomas Caldwell, et. Al.* 21-CR-28 (APM).  He has remained cooperative with law enforcement since his release, and his cooperation is ongoing.

Undersigned counsel has discussed this Joint Status Report with counsel for the government, Kathryn L Rakoczy, Esq., who is in agreement.

Accordingly, undersigned counsel requests to file a joint status update on or about June 9, 2023.

RESPECTFULLY SUBMITTED March 24, 2023.

ATTORNEYS FOR FREEDOM LAW FIRM

By:    */s/ Andrew C. Marcantel, Esq.*
Andrew C. Marcantel, Esq.
Attorney for Defendant

Copies to:
Kathryn L. Rakoczy, Esq.
Assistant U.S. Attorney
555 Fourth Street NW
Washington, D.C., 20530
Kathryn.Rakoczy@usdoj.gov


By: */s/ Sierra Long*