**Law Offices of Daniel M. Gray, LLC**
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
**Daniel M. Gray - D.C. Bar TX 0018**
graydm2@verizon.net

**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
(480) 755-7110
Fax (480) 857-0150
**Marc J. Victor – AZ Bar 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel - AZ Bar 031809**
Andy@AttorneysForFreedom.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jon Ryan Schaffer,<br><br>　　　　　Defendant. | Criminal No. 21-CR-306 (APM)<br><br>▬▬▬▬▬▬▬▬▬<br><br>**(1st Request)**<br>**(Defendant not in Custody)** |

## MOTION TO CONTINUE SENTENCING OR IN THE ALTERNATIVE STAY SENTENCING

Defendant, Jon Ryan Schaffer ("Mr. Schaffer"), by and through undersigned counsel, hereby requests this Court continue Sentencing, currently set for February 20, 2024, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, and set a status

conference in June 2024, or in the alternative Stay Sentencing pending the outcome of *Fischer*.

Undersigned counsel is aware that the Supreme Court is set to hear *Fischer*, where the question presented is, "Did the D.C. Circuit err in construing 18 U.S.C. § 1512(c) ("Witness, Victim, or Informant Tampering"), which prohibits obstruction of congressional inquiries and investigations, to include acts unrelated to investigations and evidence?" The question of whether 18 U.S.C. § 1512(c) applies to January 6th defendants directly applies to Mr. Schaffer as he was charged with and pled guilty to 18 U.S.C. § 1512(c) and one other count under 18 U.S.C. §1752. The question before the Supreme Court directly relates to and impacts the validity of Mr. Schaffer's plea and conviction, and drives the government's calculation as to his sentencing guideline range. If Mr. Schaffer is sentenced to a term of incarceration under 18 U.S.C. § 1512(c) and the obstruction guidelines, and begins serving his sentence, he will be irreparably harmed as he would lose his gainful employment, uproot his life, and serve time for a felony that may be invalidated by the *Fischer* outcome. Furthermore, a continuance or stay would also preserve valuable government resources and avoid potential post-conviction relief matters, if the Supreme Court rules in favor of *Fischer*.

[redacted]

[redacted]

[redacted]

[redacted]

Undersigned counsel expects that excludable delay pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) may occur as a result of the motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 18th day of January, 2024.

ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Andrew C. Marcantel, Esq.*
Andrew C. Marcantel, Esq.
Attorney for Defendant

CERTIFICATE OF SERVICE

       I hereby certify that on January 18, 2024, I filed the Original with the Clerk of the Court using the CM/ECF System for filing.

COPIES emailed to:

Ahmed Baset, Esq.
Assistant United States Attorney
555 Fourth Street NW
Washington, D.C., 20530
Ahmed.Baset@usdoj.gov

Honorable Amit P. Mehta
U.S. District Court Judge
Mehta_Chambers@dcd.uscourts.gov


By: */s/ Andrea Yirak*

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, )<br>　　　　　　　　　　Plaintiff, )<br>vs. )<br>Jon Ryan Schaffer, )<br>　　　　　　　　　　Defendant. ) | Criminal No. 21-CR-306 (APM) |

### ORDER RE: DEFENDANT'S MOTION TO CONTINUE SENTENCING OR IN THE ALTERNATIVE STAY SENTENCING

Pursuant to Defendant's Motion to Continue Sentencing or in the Alternative Stay Sentencing, and good cause appearing;

**IT IS ORDERED** granting Defendant's Motion and continuing Sentencing currently scheduled for February 20, 2024 to _____ day of _____, 2024 at _____ am/pm.

It Is So Ordered.

_____
AMIT P. MEHTA
United States District Court
 for the District Of Columbia

Entered: _____