**Law Offices of Daniel M. Gray, LLC**
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
**Daniel M. Gray - D.C. Bar TX 0018**
graydm2@verizon.net

**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
(480) 755-7110
Fax (480) 857-0150
**Marc J. Victor - AZ Bar 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel - AZ Bar 031809**
Andy@AttorneysForFreedom.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Jon Ryan Schaffer,  Defendant. | Criminal No. 21-CR-306 (APM)  **(2nd Request)**  **(Defendant not in Custody)** |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Jon Ryan Schaffer ("Mr. Schaffer"), by and through undersigned counsel, hereby requests this Court continue Sentencing, currently set for April 5, 2024, to September 2024, because a recent ruling by the United States Court of Appeals for the District of Columbia Circuit may influence Sentencing in this matter.

Recent decisions in *United States v. Fischer*, No. 23-3228 (D.C. Cir. Feb. 7, 2024), and *United States v. Brock*, No. 23-3045 (D.C. Cir. Mar. 1, 2024), have added complexity to the analysis of factors impacting sentencing. In light of the Supreme Court's decision in *Fischer* expected in the coming months, a short continuance until September 2024 would achieve greater judicial economy and advance the interests of justice.

Undersigned counsel has contacted Assistant United States Attorney, Ahmed Baset, Esq., who advised the government, while not joining in the reasoning, does not object to this Motion.

Therefore, undersigned counsel requests this Court continue sentencing until September 2024. This Motion is made in good faith and not for purposes of delay. Mr. Schaffer is gainfully employed and compliant with all conditions of his release. The public will not be harmed by a continuance or stay. A continuance or stay will serve the public interest because it will conserve public resources.

Undersigned counsel expects that excludable delay pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) may occur as a result of the motion or from an order based thereon.

    RESPECTFULLY SUBMITTED this 8th day of March, 2024.

    ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Andrew C. Marcantel, Esq.*
Andrew C. Marcantel, Esq.
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2024, I filed the Original with the Clerk of the Court using the CM/ECF System for filing.

COPIES emailed to:

Ahmed Baset, Esq.
Assistant United States Attorney
555 Fourth Street NW
Washington, D.C., 20530
Ahmed.Baset@usdoj.gov

Honorable Amit P. Mehta
U.S. District Court Judge
Mehta_Chambers@dcd.uscourts.gov


By: */s/ Andrea Yirak*