**Law Offices of Daniel M. Gray, LLC**
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
**Daniel M. Gray - D.C. Bar TX 0018**
graydm2@verizon.net

**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
(480) 755-7110
Fax (480) 857-0150
**Marc J. Victor - AZ Bar 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel - AZ Bar 031809**
Andy@AttorneysForFreedom.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jon Ryan Schaffer,<br><br>　　　　　　Defendant. | Criminal No. 21-CR-306 (APM)<br><br>**(3rd Request)**<br>**(Defendant not in Custody)** |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Jon Ryan Schaffer, by and through undersigned counsel, hereby requests this Court continue Sentencing, currently set for July 19, 2024, for two (2) weeks due to undersigned counsel's calendar conflict. Undersigned counsel proposes Sentencing be continued to August 2, 2024.

Undersigned counsel is scheduled to be out of the country and will be unavailable on the current Sentencing date, July 19, 2024. Undersigned counsel will not be returning to the United States until late July 2024. Therefore, a two (2) week continuance is needed to ensure undersigned counsel's availability for Sentencing.

Undersigned counsel's staff contacted Assistant United States Attorney, Ahmed Baset, Esq., who advised the government does not object to a continuance based on the above-mentioned basis. Undersigned counsel's staff discussed possible dates with counsel for the government, Defendant, and with this Court's staff. Undersigned counsel proposes Sentencing be continued to August 2, 2024. In the alternative, if that date is not available, counsel would like to propose Sentencing be continued to August 1, 2024. Finally, if none of those dates are available, the least preferred option is August 8, 2024.

Therefore, undersigned counsel requests this Court continue Sentencing for two (2) weeks to August 2, 2024. This Motion is made in good faith and not for purposes of delay. The public will not be harmed by a continuance. A continuance will serve the public interest because it will conserve public resources.

Undersigned counsel expects that excludable delay pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) may occur as a result of the motion or from an order based thereon.

//

//

//

RESPECTFULLY SUBMITTED this 27th day of March, 2024.

ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Marc J. Victor, Esq.*
Marc J. Victor, Esq.
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, I filed the Original with the Clerk of the Court using the CM/ECF System for filing.

COPIES emailed to:

Ahmed Baset, Esq.
Assistant United States Attorney
555 Fourth Street NW
Washington, D.C., 20530
Ahmed.Baset@usdoj.gov

Honorable Amit P. Mehta
U.S. District Court Judge
Mehta_Chambers@dcd.uscourts.gov


By: */s/ Andrea Yirak*